Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

Keenan A. Davis

AUG 24 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v. LT. ABDUL AZIZ

Nurse SenKo

P.A. HOOVER

C/O M. LiSON

C/O C. OWENS

Civil Action No.: 3:20CV 155
*(To be assigned by the Clerk of Court)*

Groh
Trumble
Sims

*Enter above the full name of defendant(s) in this action*

I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of
Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over
this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing
address in the space provided.*

A.   Name of Plaintiff: Keenan A. Davis Inmate No.: 16556027
Address: Federal Correctional Institution
Schuylkill P.O. Box 759 Minersville, PA 17954-0759

*In Item B below, place the full name of each defendant, his or her official position, place of
employment, and address in the space provided.*

**Attachment A**

B.   Name of Defendant: _LT. ABDUL AZIZ_
Position: _LT_
Place of Employment: _U.S.P Hazleton_
Address: _Po. 2000 U.S.P Hazleton_
_Bruceton Mills West Virginia 26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes      ☐ No

If your answer is "YES," briefly explain: _Because the_
_defendant was working when this_
_incident occured._

B.1   Name of Defendant: _Nurse Senko_
Position: _Nurse_
Place of Employment: _U.S.P Hazleton_
Address: _Po. Box 2000 U.S.P Hazleton_
_Bruceton Mills West Virginia 26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes      ☐ No

If your answer is "YES," briefly explain: _Because the_
_defendant was working when this_
_incident occured._

B.2   Name of Defendant: _P.A. Hoover_
Position: _P.A._
Place of Employment: _U.S.P Hazleton_
Address: _Po. Box 2000 U.S.P Hazleton_
_Bruceton Mills West Virginia 26525_
Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?      ☑ Yes      ☐ No

**Attachment A**

If your answer is "YES," briefly explain: Because the defendant was working when this incident occured.

B.3   Name of Defendant: C/O M Liston
Position: Correctional Officer
Place of Employment: U.S.P Hazleton
Address: P.O. Box 2000 U.S.P Hazleton Bruceton Mills West Virginia. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑Yes   ☐ No

If your answer is "YES," briefly explain: Because the defendant was working when this incident occured.

B.4   Name of Defendant: C/O C. OWENS
Position: Correctional Officer
Place of Employment: U.S.P Hazleton
Address: P.O. Box 2000 U.S.P Hazleton Bruceton Mills West Virginia, 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑Yes   ☐ No

If your answer is "YES," briefly explain: Because the defendant was working when this incident occured.

**Attachment A**

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?      ☐ Yes          ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

## III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _Federal  Correctional  Institution  Schuylkill_

A.   Is this where the events concerning your complaint took place?
☐ Yes      ☑ No

If you answered "NO," where did the events occur?
_U.S.P  Hazleton  P.o.  Box  2000  Bruceton  Mills, WV 26525_

B.   Is there a prisoner grievance procedure in the institution
where the events occurred?      ☑ Yes          ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the
prisoner grievance procedure?
☑ Yes      ☐ No

D.   If your answer is "NO," explain why not: _____

_____

_____

_____

E.   If your answer is "YES," identify the administrative grievance procedure
number(s) in which the claims raised in this complaint were addressed

_____

and state the result at level one, level two, and level three.  **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _Sent to Warden_

LEVEL 2 _Sent to Regional_

LEVEL 3 _Filed tort claim_

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes          ☑ No

B.   If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court: _____
       *(If federal court, name the district; if state court, name the county)*

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____
_____
_____
_____

5.   Name of Judge(s) to whom case was assigned:
_____

6.   Disposition: _____
       *(For example, was the case dismissed?  Appealed?  Pending?)*

7.   Approximate date of filing  lawsuit:_____

**Attachment A**

8. Approximate date of disposition. Attach Copies:_____

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
    ☐ Yes    ☑ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
*I need proper representation*
_____
_____
_____

E. Did you exhaust available administrative remedies?
    ☑ Yes    ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
*I filed a bp 8, 9, and a tort Claim*
_____
_____
_____

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1. Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

      _____

      _____

      _____

3.    Grounds for dismissal:   ☐ frivolous   ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: On october 6, 2018 circa 1:30 AM, while in my cell I had been experiancing excruciating pain in my Abdomen. We were locked in at this time so to be removed from the cell it must be extraordinary circumstance, not limited to a medical emergency to the dorm officer.

Supporting Facts: _____

**Attachment A**

instead of being escorted to health services I was placed in a shake down cell on the stretcher in the Lieutenants office in pain for two hours then Nurse senko arrived I explained my pain. Nurse senko took my vitals and left without checking my abdomen

CLAIM 2: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____

CLAIM 3: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____

CLAIM 4: _____

_____
_____
_____
_____

Supporting Facts: _____

_____

ADDENDUM I

DAVIS, KEENAN A

CONTINUATION Pg 8-9 B

DEFENDANT 6:

HUNT
Correctional Officer
USP HAZELTON P.O. Box 2000
Bruceton Mills, WV 26525

DEFENDANT 7:

COAKLEY, Joe
Complex Warden
USP HAZELTON P.O. Box 2000
Bruceton Mills, WV 26525

CONTINUATION Pg 14 ¶ III (C)

where I told her my PAIN WAS AT. The PAIN WAS A
level 10 (10 being the most INTENSE). I lay ON the
stretcher circa two more hours or so, sweating IN
PAIN WHEN AT 6:30 AM (circA) Nurse SANKO retur-
ned with PA Hoover. They simply checked my
temperature AND blood pressure, then left with-
out checking my Abdoman.  At circa 8:30 AM

1401

ADDENDUM II

Davis, Keenan A # 16556-027

No change for the better, persistant pain, unable to move/walk was ordered by Lt Abdul Aziz (Defendant 3) to return to my Unit (D-2). I had been vomiting, I was weak, and excruciating pain. I told Lt Abdul Aziz I couldn't get up or walk. With several other officers standing around Officer Hunt (Def No.6) encouraged and helped Officer M. Liston (Def No 4) and Officer C. Owens (Def No.5) roll me off of the stretcher onto the floor where I curled up into a fetal position in unbareable pain. Officer's Liston, Hunt and Owens (Def's) were laughing at me, telling me to stop faking and to get up. When I did not/could not, Lt. Abdul Aziz told Officer Liston and Owens to take me back to my Unit. At that time Officer Hunt (Def 6) laughed and said "snatch his ass up!" Officer M. Liston (Def 4) and Officer C. Owens (Def 5) grabbed my upper arms and shoulders and carelessly/wrecklessly pulled me off the floor. One[1] officer got under one arm pit while the other officer got under the other arm pit. I felt like passing out from the pain. Officer Hunt (Def 6) told the two officer's "drag his ass back to the unit!" As the two officers walked, at times my feet/shoes were dragging and at times I could barely use

_____
[1] Officer M. Liston   [2] Officer C. Owens

ADDENDUM III

Davis, Keenan A # 16556-027

my tiptoes to lift my feet. The pain was intense. I defacated in my boxers. All the while both off-icers/Def's) taunted me by telling me it would be a lot easier if I would quit faking. Upon enter-ing the sallyport of Unit D-2, Officers M. Liston and C. Owens handed me over to another Officer. That officer stated to me "you look fucked up!" He assisted me to my room. When that officer left my cell, I was embarrased by the defacation so it took all my energy to change clothes.

On this same day, circa 12 noon, Unit Manager Jones came onto the D-2 dorm. Numerous inmates told UM Jones of my situation. He entered my cell and observed the shape I was in and radioed medical about my worsening/deteriorating state. It took medical staff circa 3 hours to send for an inmate to go to medical to get a wheelechair to pick me up and be wheeled to medical. Inmate Bobby Ball got the wheelechair and picked me up and pushed me to medical. Once again I was seen by Nurse Sanko and PA Hoover. Once again my temperature and blood pressure was taken. How-ever, this time they took my urine sample was coll-ected. One of them said there was blood in my urine. I had also expressed my "stool" was black. I was not

ADDENDUM IV

DAVIS, KEENAN A # 16556-027

seen by a doctor nor the clinical director, but I was transported to the "outside" emergency room at Mons (sp) Hospital.

Upon arrival at the emergency room, the attending doctor had tests performed. A short time later I was advised I required surgery and blood infusion/transfusion. I was soon thereafter taken to the operating room where surgery was performed to repair ulcer ruptures. After surgery, the surgeon advised me that the ruptures came from physical force trauma. I know I had done nothing to cause them. These ruptures were caused by Officer's Hunt, C. Owens, and M. Liston (Def's) rolling me off the stretcher onto the floor and Officer's C Owens and M. Liston (Def's) exacerbated the damage by dragging me to my unit dispite my crying in pain. Lt. Abdul Aziz ordered the action dispite my pain and condition. I remained hospitalized from October 6, 2018 until October 25, 2018, in pain and now have a large unattractive scar from the surgery.

Upon returning to prison, my bandage was ordered to be changed. Nurse Sanko and PA Hoover refused me on October 26th and 27th, 2018 Warden Coakley (Def) was notified but did nothing about it

**Attachment A**

_____
_____
_____

CLAIM 5: _____
_____
_____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

## VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

As to defendants Sanko and Hoover, they neglected me proper and sufficient medical care which lead to pain and suffering permanant body scar from surgery and a blood transfusion, cruel and unusual punishment for failing to change my bandages All other defendants they all used painful unnessary force by ordering and obeying order to roll me off the stretcher to floor and dragging me (all on camera) to Unit D2 and making me defacate causing pain+suffering + mental Anguish.

## VII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make no legal arguments. Cite no cases or statutes._

I seek $100,000 from each defendant for cruel and unusual punishment, $500,000 from each defendant for causing pain and suffering, and $500,000 from each defendant for mental anguish.

ADDENDUM V

Davis, Keenan A # 16556-027

Continuation from Pg 15 ¶ V

to use unnecessary use of force, which lead to ruptured ulcers which lead to surgery and blood transfusion, all of which were unnecessary, cruel and unusual, creating pain and suffering, mental anguish and permanent body scars.

Continuation from Pg 15 ¶ VI

$50,000 from each defendant for mental anguish
$75,000 from Defendants Abdul Aziz, C. Owens, Hunt and M. Liston for causing the rupture.
$100,000 from Defendant Coakley for neglecting his duty.

Continuing from Pg 1 ¶ Defendants

Name of Defendant 6: C/O Hunt
Name of Defendant 7: Warden Joe Coakley

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _F.C.I Schuylkill_ on _8 - 5 - 20_ .
　　　　　　　(Location)　　　　　　(Date)

_Keenan a. Davis_
Your Signature