IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**KEENAN A. DAVIS,**

    **Plaintiff,**

v.                                               **Civil Action No. 3:20-CV-155
(GROH)**

**LT. ABDUL AZIZ,
NURSE SENKO,
P. A. HOOVER,
CO M. LISTON, and
CO C. OWENS,**

    **Defendants.**

## ORDER TO ANSWER

On February 16, 2021, Plaintiff paid the initial partial filing fee in this matter. ECF No. 12.

Based upon a preliminary review of the complaint, memorandum in support and exhibits, it appears that summary dismissal is not appropriate at this time. Therefore, the **Clerk is directed forthwith** to issue a **sixty (60) day** summons for each named <u>Bivens</u> defendant. <u>See</u> Fed.R.Civ.P. 12(a)(3)(A). The Clerk is further directed to forward a copy of this Order, a copy of the complaint, a completed summons, and a completed Marshal 285 Form for each of the individual <u>Bivens</u> defendants to the United States Marshal Service. The Marshal Service shall serve the defendants within **thirty (30) days** from the date of this Order.

In addition, service shall be made upon the United States by sending a copy of this Order, a copy of the initial complaint [ECF No. 1], and a completed summons to the

United States Attorney for the Northern District of West Virginia and the Attorney General of the United States in Washington, D.C., by certified United States mail, return receipt requested.

It is hereby **ORDERED** that the defendants shall file an answer, motion or dispositive pleading, consistent with the Federal Rules of Civil Procedure and the Local Rules of Prisoner Litigation Procedure.

Pursuant to the Local Rules of Prisoner Litigation Procedure, any Memorandum of Law filed by the defendant in support of a dispositive motion **shall not exceed 25 pages**. The plaintiff shall have **twenty-one (21) days** from the date a dispositive motion is served to file any Response he may have. Any memorandum filed in support of his Response **shall not exceed 25 pages**. Memoranda filed in Reply to a response **shall not exceed 15 pages**. Surreply and Surrebuttal Memoranda may not be filed.  **Failure to comply with the page limitations set forth herein, without prior approval of the Court, will result in the entire document being stricken from the docket and returned to the party upon Court Order.**

The Clerk is also directed to mail a copy of this Order to the *pro se* Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

DATED:    February 17, 2021

/s/ *Robert W. Trumble*
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE